Nicholas Werling
P.O. Box 803
Sun Prairie, WI 53590-0803
USA



United States District Court for the Eastern District of Wisconsin, Milwaukee Division
Office of the Clerk
United States Federal Building and Courthouse
517 East Wisconsin Avenue
Room 362
Milwaukee, WI 53202-4511
USA

OCT 10 2024